# Third District Court of Appeal
## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1671
Lower Tribunal No. 19-10574 CC
_____

**Dry Guy's Inc., etc.,**
Appellant,

vs.

**Heritage Property and Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Elijah A. Levitt, Judge.

Chad Barr Law, and Chad A. Barr (Altamonte Springs), for appellant.

Link & Rockenbach, PA, Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach), for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See RM & Assocs. Consulting, Inc. v. Olympus Ins. Co., No. 3D21-211, 2021 WL 2944250 (Fla. 3d DCA July 14, 2021).